IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:03CR580 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DAMEON GILFILLAN, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes on to consider the government's motion for Rule 35 hearing.  Filing No. 37.  Having considered the matter,

IT IS ORDERED that:

1.   A hearing on the government's motion is scheduled before the undersigned United States district judge on **July 27, 2005, at 3:30 p.m.** in Courtroom No. 3, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

2.  Counsel for the defendant, if previously appointed pursuant to the Criminal Justice Act, is reappointed to represent the defendant for purposes of the Rule 35(b) motion.  If retained, counsel for the defendant remains as counsel for the defendant until the Rule 35(b) motion is resolved or until given leave to withdraw.

3.  The Federal Public Defender shall provide CJA counsel with a new voucher.

4.  The Clerk of the Court shall electronically serve a copy of this order on counsel for the government, counsel for the defendant, and the Federal Public Defender.

**5.  The Marshal is directed to return the defendant to the district for this hearing.**

DATED this 7th day of July, 2005.

BY THE COURT:


s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge